IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

United States of America            )
                                    )
         vs.                        )    Criminal Number 00-192
                                    )
WILLIAM BISHOP                      )

The above named defendant satisfied the judgment of FEBRUARY 28, 2001 by paying on SEPTEMBER 13, 2006 the full balance due on his/her court ordered:

        __X__ Assessment
        _____ Fine
        _____ Costs
        _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  10/23/06
Deputy Clerk                Date